# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 06-808V
### (Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
ROBERT BEVILL                       *
and JANICE BEVILL,                  *
as parents of CB, a minor,          *
                                    *
              Petitioners,          *
                                    *        Filed:  September 16, 2015
        v.                          *
                                    *        Decision on Attorneys'
SECRETARY OF HEALTH AND             *        Fees and Costs
HUMAN SERVICES                      *
                                    *
              Respondent.           *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

### DECISION (ATTORNEYS' FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] I issued a Decision on February 18, 2015.  On July 30, 2015, Petitioners filed an Application for award of attorneys' fees and costs in this matter.  Petitioners' Application requests a total payment of $1,352.50, representing attorneys' fees and costs of $1,102.50, and $250 of costs expended by Petitioners.

Respondent has not filed any objection to Petitioners' Application for award of attorneys' fees and costs.

I find that this Petition was filed and pursued in good faith and with a reasonable basis. Thus, an award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1).  Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

- a lump sum of $1,102.50, in the form of a check payable jointly to Petitioners and Petitioners' counsel, Richard Gage, on account of services performed by counsel's law firm.

- a lump sum of $250.00, in the form of a check payable to Petitioners, which represents Petitioners' own litigation expenses in this case.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.